| AUSA: | Timothy E. Garcia | Telephone: (313) 226-9522 |
|---|---|---|
| Agent: | Sarah Soles | Telephone: (810) 989-5056 |

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America
   v.
Adolfo SAN MARTIN-REYES

Case No.    2:26−mj−30115
Assigned To : Unassigned
Assign. Date : 3/2/2026
Description: CMP USA V ADOLFO SAN MARTIN−REYES (DA)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   February 27, 2026   in the county of   St. Clair   in the   Eastern   District of   Michigan  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Sarah Soles, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date:   March 2, 2026

*Judge's signature*

City and state:   Detroit, MI

Hon. Elizabeth A. Stafford, U.S. Magistrate
*Printed name and title*
Judge

# AFFIDAVIT

I, Sarah A. Soles, declare the following under penalty of perjury:

1. I am a Border Patrol Agent with the United States Border Patrol, and I have been employed in this capacity since June of 2009. Currently, I am assigned to the Marysville Border Patrol Station. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed material from the official immigration file and system automated data relating to Adolfo SAN MARTIN-REYES, which attests to the following:

2. Adolfo SAN MARTIN-REYES is a forty-one-year-old male, native and citizen of Mexico, who claims to have last entered the United States at or near Brownsville, Texas in 2023, without being admitted, inspected or paroled by an Immigration Officer.

3. On or about November 27, 2019, SAN MARTIN-REYES was arrested by the U.S. Border Patrol near McAllen, Texas. SAN-MARTIN-REYES was issued an Expedited Removal and subsequently removed from the United States to Mexico on November 30, 2019, via Brownsville, Texas.

4. On or about January 27, 2022, SAN MARTIN-REYES was arrested by the U.S. Border Patrol near Falfurrias, Texas. SAN MARTIN-REYES was expelled back to Mexico under Title 42 guidelines.

5. On or about March 16, 2023, SAN MARTIN-REYES was arrested by the U.S. Border Patrol near Fort Brown, Texas. SAN MARTIN-REYES was expelled back to Mexico under Title 42 guidelines.

6. On or about March 21, 2023, SAN MARTIN-REYES was arrested by the U.S. Border Patrol near Fort Brown, Texas. SAN MARTIN-REYES was expelled back to Mexico under Title 42 guidelines.

7. On February 27, 2026, SAN MARTIN-REYES was encountered by Marysville Border Patrol Agents during a vehicle stop in Fort Gratiot, Michigan. SAN MARTIN-REYES was placed under arrest for being illegally

1

present in the United States. SAN MARTIN-REYES told agents he has lived in several states traveling for work and has been staying in a hotel in Port Huron, Michigan for the past month.

8. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

9. Review of records from the alien file (A# xxx xxx 355) for SAN MARTIN-REYES and queries in U.S. Department of Homeland Security databases confirm that no record exists of SAN MARTIN-REYES obtaining permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his last removal on or about November 30, 2019.

10. Based on the above information, there is probable cause to believe that, on or about February 27, 2026, at or near Fort Gratiot, in the Eastern District of Michigan, Southern Division, Adolfo SAN MARTIN-REYES, an alien from Mexico, was found in the United States after having been denied admission, excluded, deported, and removed therefrom on or about November 30, 2019, at or near Brownsville, Texas, and not having obtained the express consent from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

_____
Sarah A. Soles, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my presence
and/or by reliable electronic means.

*Elizabeth A. Stafford*

Honorable Elizabeth A. Stafford
United States Magistrate Judge

3